UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY G. PHILPOT,

        Plaintiff,

v.

MIC NETWORK INC.,

        Defendant.

Civil Action No. 16-cv-01240-DLC

## DECLARATION OF ELEANOR M. LACKMAN

ELEANOR M. LACKMAN declares as follows:

1. I am admitted to the Bar of this Court and am a partner at the law firm of Cowan, DeBaets, Abrahams & Sheppard LLP, attorneys for defendant Mic Network Inc. ("Mic") in the above-captioned matter. I make this declaration in support of Mic's Motion to Dismiss plaintiff Larry G. Philpot's Amended Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of a printout of the website, http://www.examiner.com/article/willie-nelson-joins-snoop-dogg-jamey-johnson-kris-kristofferson-for-420, prepared by my office on June 2, 2016.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
      June 3, 2016

                                                    ELEANOR M. LACKMAN